■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMEL KING, Appellant. [775 NYS2d 589]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Brennan, J.), rendered April 29, 2002, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]). Ritter, J.P., H. Miller, Goldstein and Mastro, JJ., concur.